1  JONATHAN ALLAN KLEIN (State Bar No.162071)
   JOSHUA M. HENDERSON (State Bar No. 197435)
2  KELLY, HERLIHY & KLEIN LLP
   44 MONTGOMERY STREET, SUITE 2500
3  SAN FRANCISCO, CALIFORNIA 94104
   Telephone:    415/951-0535
4  Facsimile:    415/391-7808

Attorneys for Defendant
RITE AID CORPORATION

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFM VENTURE GROUP, INC., PROFIT SHARING PLAN AND TRUST, | CASE NO.: 2:05-CV-01012-FCD-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE THE THIRD CLAIM FOR RELIEF UNDER THE CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200 *ET SEQ.*** |
| v. | |
| RITE AID CORPORATION and DOES 1 through 100, inclusive, | |
| Defendants. | |

---

**STIPULATION AND ORDER TO DISMISS
THIRD CLAIM FOR RELIEF**           1           Case No: 2:05-CV-01012-FCD-DAD

The parties, by their respective counsel, hereby stipulate to dismiss from Plaintiff's Complaint the third claim for relief under the California Business and Professions Code section 17200 *et seq*, also known as the Unfair Competition Law. Dismissal of this claim for relief shall be with prejudice.

Dated: August 2, 2005                    Respectfully submitted,

                                              KELLY, HERLIHY & KLEIN LLP

                                                /s/ Joshua M. Henderson
                                              JONATHAN ALLAN KLEIN
                                              JOSHUA M. HENDERSON
                                              Attorneys for Defendant
                                              RITE AID CORPORATION

                                                /s/ Karen A. Batcher
                                              KAREN A. BATCHER
                                              ALEX P. ZARCONE
                                              Attorneys for Plaintiff
                                              EFM VENTURE GROUP, INC.,
                                              PROFIT SHARING PLAN AND TRUST

## **ORDER**

Pursuant to Stipulation, the Court ORDERS that Plaintiff's third claim for relief under the California Business and Professions Code section 17200 *et seq*, also known as the Unfair Competition Law is DISMISSED WITH PREJUDICE. Accordingly, Defendant's Motion for Partial Judgment on the Pleadings is DENIED as MOOT and the hearing of August 12, 2005 is VACATED.

IT IS SO ORDERED.

Dated: August 2, 2005                    /s/ Frank C. Damrell Jr.
                                                                UNITED STATES DISTRICT JUDGE