1  KAREN A. BATCHER (CA Bar No. 190810)
   BATCHER ZARCONE & BAKER, LLP
2  4252 Bonita Road, #151
   Bonita, CA 91902
3  (619) 475-7882

4

5                UNITED STATES DISTRICT COURT

6                     IN AND FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  EFM VENTURE GROUP, INC., PROFIT SHARING PLAN AND TRUST, | Case No.: 2:05-CV-01012-FCD-DAD |
| 10 | STIPULATION AND ORDER TO CONTINUE DEADLINES AND TRIAL DATE SET IN SCHEDULING ORDER |
| 11       Plaintiff, vs. | |
| 12 RITE AID CORPORATION and DOES 1 through 100, inclusive, | AS MODIFIED |
| 14       Defendants | |

16    WHEREAS, after filing the Complaint in this matter, Plaintiff's counsel was forced to

17 deal with extenuating medical issues with her newborn son, including surgery to correct a birth

18 defect that impaired his ability to eat; and

19    WHEREAS, due to these circumstances, Plaintiff's counsel has not been able to meet

20 certain deadlines as set forth in this Court's Discovery and Pre-Trial Order ("PTO"); and

21    WHEREAS, these issues were unknown to Plaintiff's counsel at the time she signed the

22 Joint Status Report dated July 19, 2005; and

23    WHEREAS, counsel for both Plaintiff and Defendant have conferred with each other and

24 have agreed to an extension of discovery and PTO deadlines.

25    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by

their respective counsel, to continue certain deadlines established by the Court's Scheduling Conference Order of August 18, 2005, and subject to the approval of the Court in the Order proposed below, the parties stipulate to the following deadlines:

1. Expert Disclosures: August 7, 2006 (continued from February 6, 2006)
2. Discovery Cut Off Date: October 16, 2006 (continued from April 6, 2006)
3. Dispositive Motion Hearing Date: December 1, 2006 (continued from June 2, 2006)
4. Pre-Trial Conference: February 9, 2007 at 2:30 p.m. (continued from August 11, 2006)
5. Jury Trial: April 17, 2007 at 9:00 a.m. (continued from October 17, 2006)

Should any of the above dates be unacceptable to the Court, the parties request that this Court set a further Scheduling Conference. Counsel requests the ability to appear by phone at any further conference set by The Court.

IT IS SO STIPULATED.

Dated: January 30, 2006                KELLY, HERLIHY & KLEIN LLP


　　/s/ Eileen M. Rice
JONATHAN ALLAN KLEIN
EILEEN M. RICE
Attorneys for Defendant
RITE AID CORPORATION

Dated:  January 30, 2006               BATCHER ZARCONE & BAKER, LLP


　　/s/ Karen A. Batcher
KAREN A. BATCHER
ALEX P. ZARCONE
Attorneys for Plaintiff
EFM VENTURE GROUP, INC.,
PROFIT SHARING PLAN AND TRUST

1  IT IS SO ORDERED.

3  Dated: January 31, 2006            /s/Frank C. Damrell, Jr.
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE                                    Case No. 2:05-CV-01012-FCD-DAD
DEADLINES AND TRIAL DATE

3