```
1  JONATHAN ALLAN KLEIN (State Bar No.162071)
   EILEEN M. RICE (State Bar No. 203432)
2  KELLY, HERLIHY & KLEIN LLP
   44 MONTGOMERY STREET, SUITE 2500
3  SAN FRANCISCO, CALIFORNIA 94104
   Telephone:    415/951-0535
4  Facsimile:    415/391-7808

5

   Attorneys for Defendant
6  RITE AID CORPORATION
```

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFM VENTURE GROUP, INC., PROFIT SHARING PLAN AND TRUST, | CASE NO.: 2:05-CV-01012-FCD-DAD |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| RITE AID CORPORATION and DOES 1 through 100, inclusive, | |
| Defendants. | |

---

**STIPULATION AND ORDER OF DISMISSAL**                     Case No: 2:05-CV-01012-FCD-DAD

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, EFM VENTURE GROUP, INC., PROFIT SHARING PLAN AND TRUST, and Defendant, RITE AID CORPORATION, INC., through their respective counsel, that the above-captioned action, and all claims alleged therein against Defendant, shall be dismissed with prejudice.

Dated: May 16, 2006              Respectfully submitted,

                                 KELLY, HERLIHY & KLEIN LLP


                                   /s/ Eileen M. Rice
                                 JONATHAN ALLAN KLEIN
                                 EILEEN M. RICE
                                 Attorneys for Defendant
                                 RITE AID CORPORATION


Dated: May 16, 2006                /s/ Karen A. Batcher
                                 KAREN A. BATCHER
                                 ALEX P. ZARCONE
                                 Attorneys for Plaintiff
                                 EFM VENTURE GROUP, INC.,
                                 PROFIT SHARING PLAN AND TRUST


**ORDER**

IT IS HEREBY ORDERED that the above-captioned action, and all claims alleged therein, against Defendant, RITE AID CORPORATION, shall be, and hereby is, dismissed with prejudice.

Dated: May 17, 2006


                                   /s/ Frank C. Damrell Jr.
                                 U.S. DISTRICT COURT JUDGE

---

**STIPULATION AND ORDER OF DISMISSAL**                          Case No: 2:05-CV-01012-FCD-DAD

2